# EXHIBIT B

Home (/)  /  Offices

Share Page ✄
(https://www.addtoany.com/share#url=https%
3A%2F%2Fwww.aus.com%
2Foffices&title=Allied%20Universal%20Office%
20Locator%20-%20N.%20America%20-%
20U.S.%20%26%20Canada)

# Allied Universal Office Locations

**Use the dropdown menu or click on the map** to jump to a state's,

territory's, or country's office locations on this page.

Select State/Territory/Country ⌄



## ALABAMA

**Birmingham**
2700 Highway 280
South
Suite 350 West
Mountain Brook, AL
35223
Phone: 205.414.9325

**Birmingham**
Allied Universal Event
Services (Event
Staffing Only)
2100 Richard
Arrington Jr. Blvd. N
Birmingham, AL 35203
Phone: 205.458.8303

**Decatur**
2022 Sixth Avenue SE
Suite A
Decatur, AL 35601
Phone: 256.350.6681

**Monroeville**
Peoplemark, an Allied
Universal Company
63 N Mt. Pleasant
Road
Monroeville, AL 36460
Phone: 251.575.2432

**Montgomery**
Peoplemark, an Allied
Universal Company
1 Retail Drive
Montgomery, AL
36110
Phone: 334.394.6040

Back to top

# ALASKA

**Anchorage**
4300 B Street
Suite 305
Anchorage, AK 99503
Phone: 907.561.5062

Back to top

# ARIZONA

| **Mesa** | **Phoenix** | **Prescott Valley** | **Tempe** |
|---|---|---|---|
| 1001 W. Southern Avenue | 3030 N. Central Avenue | 8098 E. Valley Rd Suite 2 | Allied Universal Janitorial Services |
| Suite 235 | #407 | Prescott Valley, AZ 86314 | 1971 E 5th St |
| Mesa, AZ 85210 | Phoenix, AZ 85012 | Phone: 928.445.1905 | Suite 101 |
| Phone: 480.464.4688 | Phone: 602.273.0900 | | Tempe, AZ 85281 |
| | | | Phone: 480.921.4131 |

**Tucson**
5210 E. Williams
Circle

Suite 610

Tucson, AZ 85711

Phone: 520.319.1911

<u>Back to top</u>

## ARKANSAS

**Little Rock**
One Allied Drive
Bldg 2, Suite 2130
Little Rock, AR 72202
Phone: 501.374.3713

**Springdale**
3291 S. Thompson St
Suite H101
Springdale, AR 72764
Phone: 479.231.1525

<u>Back to top</u>

## CALIFORNIA

**Bakersfield**
4540 California
Avenue, Suite 320
Bakersfield, CA 93309
Phone: 661.336.0294
PPB 6348

**Desert Cities**
77-725 Enfield Lane,
#150
Palm Desert, CA
92211
Phone: 760.200.2865
PPB 6013

**East Bay**
1600 Riviera Avenue
Suite 375
Walnut Creek, CA
94596
Phone: 510.839.4041

**El Cajon**
Allied Universal
Security Systems
440 Highland Avenue
El Cajon, CA 92020
Phone: 866.885.3717

**Fresno**
600 W. Shaw Avenue,
Suite 200
Fresno, CA 93704
Phone: 559.243.1217
PPB 6379

**Inland Empire**
1700 Iowa Ave, Suite
100
Riverside, CA 92507
Phone: 951.801.7300
PPB 6194

**Long Beach**
Allied Universal Event
Services (Event
Staffing Only)
300 East Ocean Blvd.
Long Beach. CA
90802

**Los Angeles -
Downtown**
700 S. Flower Street
Suite 400
Los Angeles. CA
90017

**Los Angeles/Fullerton**

Allied Universal Event Services (Event Staffing Only)

1400 N. Harbor Blvd.

Suite 700

Fullerton, CA 92835

Phone: 714.203.6384

**Monterey/Salinas**

30 East San Joaquin Street, Suite 204

Salinas, CA 93901

Phone: 831.769.8981

PPB 6065

Phone: 562.436.3636 x593

**Napa**

505 Alexis Court

Napa, CA 94558

Phone: 707.258.8841

PPB 6000

Recruiting:

323.333.7466

**Oakland**

Phone: 323.937.4016

PPB 5684

Allied Universal Event Services (Event Staffing Only)

7000 Coliseum Way

Suite 104

Oakland. CA 94621

Phone: 510.563.2322

**Oakland**

100 Hegenberger Road, Suite 130

Oakland, CA 94621

Phone: 510.562.7606

PPB 6394

**Ontario**

4200 Jurupa Street

Suite 314

Ontario, CA 91761

Phone: 951.256.4601

**Orange County**

765 The City Drive S., Suite 150

Orange, CA 92868

Phone: 714.260.0805

PPB 5682

**Oxnard**

300 E. Esplanade Drive, Suite 1510

Suite 1510

Oxnard, CA 93036

Phone: 805.983.1204

**Palmdale**

40015 Sierra Highway

Suite B-250

Palmdale, CA 93550

Phone: 661.349.7050

**Palm Desert**

77-725 Enfield Lane

Suites 150, 160, 170

Palm Desert, CA 92211

Phone: 760.200.2865

**Port Richmond**

227H Tewksbury Avenue

Port Richmond, CA 94801

Phone: 707.258.8841

**Riverside**

1700 Iowa Ave. Suite 100

Riverside, CA 92507

Phone: 951.343.5817

**Sacramento**

8950 Cal Center Drive, Suite 115

Sacramento, CA 95826

Phone: 916.448.0400

PPB 6002

**San Diego**

Allied Universal Event Services (Event Staffing Only)

675 Convention Way

San Diego, CA 92101ss

Phone: 619.544.1774

**San Diego**

10680 Treena Street

Suite 450

San Diego, CA 92131

Phone: 619.275.7000

PPB 6248

**San Fernando Valley**

21300 Victory Blvd, Suite 600

Woodland Hills, CA 91367

Recruiting:

818.963.1567

Phone: 818.227.1240

PPB 5686

**San Francisco**
545 Sansome Street,
6th Floor
San Francisco, CA
94111
Phone: 415.392.2008
PPB 5689

**San Francisco**
Allied Universal
Janitorial Services
Zynga Office Bldg, 699
8th Street
San Francisco, CA
94103
Phone: 650.351.9230

**San Jose**
2290 North First
Street, Suite 201
San Jose, CA 95131
Phone: 408.954.8274
PPB 6001

**San Mateo**
533 Airport Blvd., Suite
303
Burlingame, CA 94010
Phone: 650.685.2400
PPB 6378

**Santa Ana
(Corporate
Headquarters West)**
PPO 14417
1551 N. Tustin
Avenue, Suite #650
Santa Ana, CA 92705
Phone: 866.877.1965

**Santa Ana**
Allied Universal
Janitorial Services
1815 E. Wilshire
Avenue
#912
Santa Ana, CA 92705
Phone: 714.923.3700

**Santa Ana**
Allied Universal
Security Systems
1815 E. Wilshire
Avenue
#910
Santa Ana, CA 92705
Phone: 714.288.2227

**Santa Rosa**
134 Lystra Court, Suite
A
Santa Rosa, CA 95403
Phone: 707.575.6909
PPB 6022

**South Bay**
1515 W. 190th Street,
Suite 400
Gardena, CA 90248
Phone: 310.594.3833
PPB 5683

**South Pasadena**
Allied Universal
Janitorial Services
300 Pasadena Ave
South Pasadena, CA
91030
Phone: 626.310.8000

**Stockton**
1341 W. Robinhood
Drive, Suite B-7
Stockton, CA 95207
Phone: 209.636.0290
PPB 6220

**Valencia**
28001 Smyth Drive
Suite 104
Valencia, CA 91355
Phone: 661.775.8400

**Van Nuys**
15643 Sherman Way
Van Nuys, CA 91406
Phone: 818.650.5340

**Ventura**
Allied Universal
Janitorial Services
1996 Eastman Ave,
#114
Ventura, CA 93003
Phone: 805.654.9200

**West Los Angeles**
3000 S. Robertson
Boulevard, #100
Los Angeles, CA
90034
Recruiting:
310.596.0501
Phone: 310.287.3103
PPB 5685

Back to top

# COLORADO

**Colorado Springs**
5575 Tech Center
Drive
Suite 119
Colorado Springs, CO
80919
Phone: 719.597.0750

**Denver**
Allied Universal Event
Services (Event
Staffing Only)
1385 South Colorado
Blvd.
Building A, Suite 204
Denver, CO 80222
Phone: 303.477.0988

**Denver**
390 Union Blvd.
Suite 410
Lakewood, CO 80228
Phone: 720.496.0025

Back to top

# CONNECTICUT

**Hartford**
111 Founders Plaza
(323 Pitkin Street)
10th Floor
Hartford, CT 06108
Phone: 860.656.2333

**Shelton**
1000 Bridgeport
Avenue
Suite 205
Shelton, CT 06484
Phone: 203.683.0388

**Stamford**
500 Summer Street
Stamford, CT 06901
Phone: 203.348.6657

Back to top

# DELAWARE

**Wilmington**
824 North Market
Street
Suite 102
Wilmington, DE 19801
Phone: 302.498.0450

Back to top

# DISTRICT OF COLUMBIA

**Washington, DC**
1400 I Street, NW
Suite 600
Washington, DC
20005
Phone: 202.534.3470

Back to top

# FLORIDA

**Cape Canaveral**
405 Atlantis Road
Suite D 114
Cape Canaveral, FL
32920
Phone: 321.868.1876

**Fort Lauderdale**
6301 NW 5th Way
Suite 5500
Ft. Lauderdale, FL
33309
Phone: 954.739.8488

**Fort Lauderdale**
Allied Universal Event
Services (Event
Staffing Only)
1950 Eisenhower Blvd
Ft. Lauderdale, FL
33316
Phone: 954.765.5989

**Fort Myers**
5268 Summerlin
Commons Way
Suite 501
Fort Myers, FL 33912
Phone: 239.208.9267

**Jacksonville**
4190 Belfort Road
Suite 150
Jacksonville, FL 32216
Phone: 904.399.1813

**Maitland**
851 Trafalgar Court
Suite 150W
Maitland, FL 32751
Phone: 407.513.9961

**Miami (guarding services only)**
7200 Corporate Center
Suite 600
Miami, FL 33126
Phone: 305.262.7123

**Miami (investigations only)**
66 West Flagler Street
Suite 401
Miami, FL 33130
Phone: 305.891.7000

**Miami**
Miami - Dade Aviation
Department
Terminal Building P.O.

**Orlando**
9463 Benford Road
Building 445, Suite 6C
Orlando, FL 32827
Phone: 407.629.2244

**Pensacola**
8800 University
Parkway
Suite B6
Pensacola, FL 35214

**Sarasota**
5561 Marquesas
Circle
Sarasota, FL 34233
Phone: 941.554.8210

Box 025504
Miami, FL 33102-5504
Phone: 305.989.3609

Phone: 850.941.7628

**Tallahassee**
1317 Winewood Blvd.
Suite 250
Tallahassee, FL 32399
Phone: 850.219.7804

**Tampa**
4200 W Cypress St
Suite 550
Tampa, FL 33607
Phone: 813.620.6621

**Tampa**
2901 W. Busch Blvd
Suite 500, 501, 503
Tampa, FL 33618
Phone: 813.933.4487

**West Palm Beach**
1645 West Palm
Beach Lakes Blvd
Suite 600
West Palm Beach, FL
33401
Phone: 561.478.9983

Back to top

# GEORGIA

**Atlanta**
1438 West Peachtree
Street
Suite 100
Atlanta, GA 30309
Phone: 404.898.1600

**Atlanta**
2951 Flowers Road
Suite 227
Atlanta, GA 30341
Phone: 678.684.0073

**Atlanta**
1330 Spring Street
Suite 500
Atlanta, GA 30309
Phone: 404.898.1600

**Augusta**
924 Stevens Creek
Road
Suite E
Augusta, GA 30907
Phone: 706.738.3113

**Gainsville**
311 Green Street
Suite 209
Gainesville, GA 30501
Phone: 770.287.8714

**LaGrange**
201 Calumet Center
Road
Suite B
LaGrange, GA 30241
Phone: 770.625.1500

**Savannah**
6555 Abercorn
Suite 121
Savannah, GA 31405
Phone: 912.355.6808

**West Point**
707 3rd Avenue
West Point, GA 31833
Phone: 706.645.0374

Back to top

# HAWAII

**Honolulu**

1132 Bishop Street

Suite 300

Honolulu, HI 96813

Phone: 808.670.3350


Back to top


## IDAHO

**Boise**

1655 West Fairview

Ave.

Suite 119

Boise, ID 83702

Phone: 208.658.6886


Back to top


## ILLINOIS

| **Chicago** | **Chicago North** | **Chicago South** | **Moline** |
| --- | --- | --- | --- |
| 55 E. Jackson Street | 10255 W. Higgins | 7820 Graphics Drive | 3450 38th Avenue |
| Suite 2075 | Road | Suites 105 | Suite 1 |
| Chicago IL 60604 | Suite 630 | Tinley Park, IL 60477 | Moline, IL 61265 |
| Phone: 312.755.0200 | Rosemont, IL 60018 | Phone: 708.389.3830 | Phone: 309.277.0160 |
|  | Phone: 630.366.4100 |  |  |

| **Naperville** | **Northbrook** | **Rockford** | **Springfield** |
| --- | --- | --- | --- |
| 387 Shuman | 3710 Commercial, | 129 Phelps Avenue, | 1046 N. Grand Avenue |
| Boulevard | Suite 13 | Suite 524 | West |
| Suite 200E | Northbrook, IL 60062 | Rockford IL 61108 | Springfield, IL 62702 |
| Naperville, IL 60563 | Phone: 847.480.3210 | Phone: 815.397.0630 | Phone: 217.523.2480 |
| Phone: 630.369.6761 |  |  |  |

**Volo**

27764 W. Volo Village

Road

Suite A

Volo, IL 60073

Phone: 855.723.2878

Back to top

# INDIANA

**Highland**

3741 45th Street

Suite 2E

Highland, IN 46322

Phone: 219.736.0033

**Indianapolis**

8777 Purdue Rd

Indianapolis, IN 46268

Phone: 317.920.0402

Back to top

# IOWA

**Des Moines**

409 S.W. 8th Street

Des Moines, IA 50309

Phone: 515.243.3155

Back to top

Allied Universal Office Locator - N. America - U.S. & Canada                Page 11 of 29

## KANSAS

**Kansas City**
920 Main Street
Suite 850
Kansas City, MO
64105
Phone: 816.483.2330

**Wichita**
144 North Oliver
Suite 325A
Wichita, KS 67208
Phone: 316.440.6646

Back to top

## KENTUCKY

**Bowling Green**
Peoplemark, an Allied
Universal Company
2530 Scottsville Road,
Suite 4
Bowling Green, KY
42104
Phone: 270.846.9965

**Owensboro**
Peoplemark, an Allied
Universal Company
5000 Back Square
Drive
Bldg B, Suite 1
Owensboro, KY 42301
Phone: 270.685.0885

**Lexington**
575 West Main Street
Suite 575
Lexington, KY 40507
Phone: 859.543.0177

**Louisville**
9000 Wessex Place
Suite 301
Louisville, KY 40222
Phone: 502.635.2646

**Louisville**
Peoplemark, an Allied
Universal Company
320 Whittington
Parkway, Suite 212
Louisville, KY 40222
Phone: 502.890.7699

Back to top

## LOUISIANA

**Baton Rouge**

**Lake Charles**

**New Orleans**

**Shreveport**

3029 S. Sherwood
Forest Blvd, Suite 325
Baton Rouge, LA
70816
Phone: 225.292.9159

814 Bayou Pines W
Lake Charles, LA
70601
Phone: 337.479.0051

433 Metairie Road
Suite 408
Metairie, LA 70005
Phone: 504.293.0345

401 Edwards Street
Suite 1415
Shreveport, LA 71101
Phone: 318.841.0200

Back to top

## MAINE

**Portland**
500 Southborough
Drive, 3rd Floor
South Portland, ME
04106
Phone: 866.825.5433

Back to top

## MARYLAND

**Baltimore**
36 S Charles Street
Suite 2204
Baltimore, MD 21201
Phone: 410.931.5061

**Salisbury**
606 Snow Hill Road
Unit D
Salisbury, MD 21804
Phone: 410.277.4682

**Silver Spring**
1111 Bonifant Street
Silver Spring, MD
20910
Phone: 301.588.7834

**Silver Spring**
8401 Ramsey Avenue
Silver Spring, MD
20910
Phone: 301.588.7834

Back to top

## MASSACHUSETTS

Allied Universal Office Locator - N. America - U.S. & Canada

**Billerica**
700 Technology Park
Drive
Suite 205
Billerica, MA 01821
Phone: 978.452.4606

**Boston**
56 B Roland Street
Charlestown, MA
02129
Phone: 617.587.3500

**New Bedford**
227 Union St.
Suite 405, 406
New Bedford, MA
02740
Phone: 508.992.2821

**Worcester**
66/67 Millbrook Street
Suite 213
Worcester, MA 01606
Phone: 508.797.3758

Back to top

# MICHIGAN

**Benton Harbor**
2179 & 2181 S. M-139
Benton Harbor, MI
49002
Phone: 269.382.4800

**Dearborn**
6 Park Lane Boulevard
Suite 560
Dearborn, MI 48126
Phone: 734.285.7772

**Detroit**
1000 Town Center
Suites 2430 & 2480
Southfield, MI 48075
Phone: 248.423.4604

**Detroit**
Peoplemark, an Allied
Universal Company
2000 Town Center
Suite 1150
Southfield, MI 48075
Phone: 248.663.2000

**Flint**
503 South Saginaw
Street
Suite 721
Flint, MI 48502-1807

**Grand Rapids**
Peoplemark, an Allied
Universal Company
3949 Sparks Drive SE,
Suite 110
Grand Rapids, MI
49546
Phone: 616.245.6161

**Newport**
6400 N. Dixie Highway
110 Gtoc
Newport, MI 48166
Phone: 734.586.4207

**Troy**
575 East Big Beaver
Road
Suite 180
Troy, MI 48083-1300
Phone: 248.434.6615

Back to top

# MINNESOTA

**Bloomington**
2001 Killebrew Drive
Suite 335
Bloomington, MN
55425

Case 1:19-cv-06983-RA-SDA   Document 1-2   Filed 07/25/19   Page 15 of 30
Allied Universal Office Locator - N. America - U.S. & Canada

Page 14 of 29

Phone: 612.288.0585

<u>Back to top</u>

## MISSISSIPPI

**Jackson**
2084 Dunbarton Drive
Suite D
Jackson, MS 39216
Phone: 601.362.9441

<u>Back to top</u>

## MISSOURI

**Cape Girardeau**
34 N Main
Cape Girardeau, MO
63701
Phone: 573.335.2924

**Kansas City**
920 Main Street
Suite 850
Kansas City, MO
64105
Phone: 816.483.2330

**Springfield**
2053 S. Waverly
Springfield, MO 65804
Phone: 417.881.0052

**St. Louis**
100 North Broadway
Suite 1050
St. Louis, MO 63102
Phone: 314.241.4220

<u>Back to top</u>

## MONTANA

**Billings**
490 North 31st Street
Suite 201
Billings, MT 59101

Phone: 406.248.3010

Back to top

# NEBRASKA

**Omaha**
11915 P Street
Suite A & B
Omaha, NE 68137
Phone: 402.346.0460

Back to top

# NEVADA

**Las Vegas**
Allied Universal and
Allied Universal Event
Services (Event
Staffing Only)
4000 S. Eastern
Avenue
Ste. 210
Las Vegas, NV 89119
Phone: 702.736.2240

**Reno**
241 Ridge Street
Suite 340
Reno, NV 89501
Phone: 775.323.1722

Back to top

# NEW HAMPSHIRE

**Salem**
395 Main Street
Suite 6A
Salem, NH 03079

Phone: 603.893.3840

Back to top

## NEW JERSEY

**Bridgewater Township**
1661 Route 22 West
Suite 101
Bridgewater Township, NJ 08807
Phone: 862.701.7600

**East Brunswick**
One Tower Center Boulevard
16th Floor
East Brunswick, NJ 08816
Phone: 732.274.1414

**Lawrenceville Township**
1719 Brunswick Ave. Unit 1 & 2
Lawrenceville Township, NJ 08648
Phone: 609.396.9500

**Lyndhurst**
1100 Valley Brook Avenue
Suite 201
Lyndhurst, NJ 07071
Phone: 201.896.8688

**Newark**
3 Brewster Road
Terminal B
Suite B-3
Newark, NJ 07114
Phone: 973.430.9075

**Pleasantville**
650 Blackhorse Pike
Pleasantville, NJ 08232
Phone: 609.383.8855

**Voorhees**
300 Somerdale Road
Voorhees, NJ 08043
Phone: 856.795.0258

Back to top

## NEW MEXICO

**Albuquerque**
6121 Indian School Road NE
Suite 143
Albuquerque, NM 87110
Phone: 505.830.2700

**Farmington**
800 East 30th Street
Suite E
Farmington, NM 87401
Phone: 505.564.2447

**Las Cruces**
650 Montana Avenue
Suite H
Las Cruces, NM 88001
Phone: 915.771.8530

Back to top

# NEW YORK

### Albany
5 Pine West Plaza
Suite 506
Albany, NY 12205
Phone: 518.724.0526

### Buffalo
625 Delaware Avenue
Buffalo, NY 14202
Phone: 716.855.1766

### Hicksville
550 West Old Country
Road
Suite 300
Hicksville, NY 11801
Phone: 515.822.3800

### Jamaica
JFK International
Airport
Building 151
Jamaica, NY 11430
Phone: 718.553.9540

### Long Island
50 Jackson Avenue
2nd Floor
Syosset, NY 11791
Phone: 516.682.4890

### Long Island City
33-10 Queens Blvd
3rd Floor
Long Island City, NY
11101
Phone: 347.418.3800

### New York
229 West 36th Street
11th Floor
New York, NY 10018
Phone: 212.481.5777

### New York
85 Broad Street
27th FL - Unit 151
New York, NY 10004
Phone: 646.445.7830

### New York
42 Broadway
Suite 1827
New York, NY 10006
Phone: 212.391.6957

### New York
450 Seventh Ave
Room 1500
New York, NY 10016
Phone: 347.220.6944

### Rochester
180 South Clinton Ave.
Rochester, NY 14604
Phone: 585.272.8730

### Syracuse
4713 Crossroads Park
Drive
Suite 301
Liverpool, NY 13088
Phone: 315.453.7933

### White Plains
12 Water Street
Suite 301
White Plains, NY
10601
Phone: 914.425.0081

Back to top

# NORTH CAROLINA

**Asheville**
156 Tunnel Road
Suite 5
Asheville, NC 28805
Phone: 828.252.3563

**Charlotte**
10735 David Taylor
Drive
Suite 560
Charlotte, NC 28262
Phone: 704.334.4751

**Charlotte**
Allied Universal
Security Systems
400 Clanton Road,
Suite A
Charlotte, NC 28217
Phone: 704.522.0800

**Eastern NC**
4738 Reedy Branch
Road, Suite C
Winterville, NC 28590
Phone: 252.439.1188

**Greensboro**
2211 W. Meadowview
Rd.
Greensboro, NC
27407
Phone: 336.768.2455

**Kinston**
1100 Hardee Road
Suite 101, 107
Kinston, NC 28504
Phone: 252.522.2911

**Raleigh**
4600 Marriott Drive
Suite 300
Raleigh, NC 27612
Phone: 919.781.8822

**Raleigh-Durham**
Allied Universal
Security Systems
550 Pylon Drive
Raleigh, NC 27606
Phone: 919.615.1339

**Triad (Winston-
Salem, Greensboro,
High Point)**
Allied Universal
Security Systems
121 Shields Park
Drive, Suite A
Kernersville, NC
27284
Phone: 336.993.0800

**Winston-Salem**
1365 Westgate Center
Drive
Suite E
Winston-Salem, NC
27103
Phone: 336.768.2455

Back to top

# NORTH DAKOTA

**East Dickinson**
831 10th Street East
East Dickinson, ND
58601

**South Fargo**
3332 4th Avenue
Suite 2-D1
South Fargo, ND
58103

Phone: 612.288.0585

Back to top

# OHIO

**Cincinnati**
110 Boggs Lane
Suite 140
Cincinnati, OH 45246
Phone: 513.771.3776

**Cleveland**
1440 Rockside Road
Suite 109
Cleveland, OH 44134
Phone: 216.351.0100

**Columbus**
57 E. Wilson Bridge
Road
Suite 300
Worthington, OH
43085
Phone: 614.438.4183

**Columbus**
1350 W. Fifth Street
Suite 330
Columbus, OH 43212
Phone: 614.488.6110

**Toledo**
1001 Dixie Highway
Suite F
Rossford, OH 43460
Phone: 419.874.9005

**Vandalia**
69 North Dixie Drive
Suite F
Vandalia, OH 45377
Phone: 937.454.9035

Back to top

# OKLAHOMA

**Oklahoma City**
4801 N Classen Blvd #
139
Oklahoma City, OK
73118
Phone: 405-446-5501

**Tulsa**
5800 E. Skelly Drive
Suite 174
Tulsa, OK 74135
Phone: 918.660.7002

Back to top

Allied Universal Office Locator - N. America - U.S. & Canada                 Page 20 of 29

# OREGON

**Portland**
9570 SW Barbur Blvd.
Suite 212
Portland, OR 97219
Phone: 503.229.7108

<u>Back to top</u>

# PENNSYLVANIA

**Conshohocken (Corporate Headquarters East)**
Eight Tower Bridge
161 Washington Street
Suite 600
Conshohocken, PA 19428
Phone: 484.351.1300

**Erie**
11 W 33rd Street
Erie, PA 16508
Phone: 814.459.0390

**Harrisburg**
75 South Houcks Road
Suite 300
Harrisburg, PA 17109
Phone: 610.625.1564

**Jenkintown**
261 Old York Road
Suite 707, 711, 802, 810
Jenkintown, PA 19046
Phone: 215.885.9400

**King of Prussia**
150 S. Warner Road
Suite 170
King of Prussia, PA 19406
Phone: 484.654.3800

**Lehigh Valley**
2440 Emrick Boulevard
Bethlehem, PA 18020
Phone: 610.954.8590

**Philadelphia**
1520 Cecil B. Moore Avenue
Philadelphia, PA 19121
Phone: 215.399.3952

**Philadelphia**
1760 Market Street
14th Floor
Philadelphia, PA 19103
Phone: 215.399.3960

**Philadelphia**
108 South 40th St
Philadelphia, PA 19104

**Pittsburgh**
200 Fleet Street
Suite 200
Pittsburgh, PA 15220

Phone: 215.573.9225    Phone: 412.937.9700

<u>Back to top</u>

# RHODE ISLAND

**Providence**

220 West Exchange
Street
Suite 100
Providence, RI 02903
Phone: 401.276.8311

<u>Back to top</u>

# SOUTH CAROLINA

| **Charleston** | **Charleston** | **Columbia** | **Columbia** |
|---|---|---|---|
| 3300 West Montage Drive | Allied Universal Security Systems | 140 Stoneridge Drive | Allied Universal Security Systems |
| Building A, Suite 101 | 1941 Savage Road | Suite 140 | 123 Centrum Drive |
| North Charleston, SC 29418 | Suite 500A | Columbia, SC 29210 | Suite 1 |
| Phone: 843.745.9868 | Charleston, SC 29407 | Phone: 803.781.6260 | Irmo, SC 29063 |
| | Phone: 843.573.3400 | | Phone: 803.781.0577 |

| **Greenville** | **Greenville-Spartanburg** | **Myrtle Beach** | **North Charleston** |
|---|---|---|---|
| One Independence Pointe | Allied Universal Security Systems | 1551 21st Avenue North | 4000 Faber Place |
| Suite 115 | 160 Congress Blvd | Suite 17 | Suite 340 |
| Greenville, SC 29615 | Suite A | Myrtle Beach, SC 29577 | North Charleston, SC 29579 |
| Phone: 864.244.0442 | Duncan, SC 29334 | Phone: 843.448.9907 | Phone: 843.745.9868 |

Phone: 864.486.9222

Back to top

## TENNESSEE

**East Ridge**
6224 Ringgold Road
East Ridge, TN 37412
Phone: 423.892.4308

**Jackson**
155 Carriage House
Drive
Unit A
Jackson, TN 38305
Phone: 731.668.3121

**Johnson City**
2700-2702 South
Roan Street
Suite 420
Johnson City, TN
37601
Phone: 423.232.0451

**Knoxville**
11426-B Kingston Pike
Knoxville, TN 37934
Phone: 865.966.7000

**Memphis**
3175 Lenox Park Blvd.
Suite 405
Memphis, TN 38115
Phone: 901.761.2288

**Memphis**
Peoplemark, an Allied
Universal Company
3003 Airways
Boulevard, Suite 702
Memphis, TN 38131
Phone: 901.332.5555

**Nashville**
565 Marriott Drive
Suite 200
Nashville, TN 37214
Phone: 615.316.0004

**Nashville**
Peoplemark, an Allied
Universal Company
565 Marriott Drive
Suite 200
Nashville, TN 37214
Phone: 615.316.0004

Back to top

## TEXAS

**Amarillo**
809 Amarillo Blvd. E
Suite 200
Amarillo, TX 79107
Phone: 806.310.2000

**Austin**
1812 Centre Creek
Drive
Suite 215
Austin, TX 78754
Phone: 512.960.2610

**Corpus Christi**
5656 S. Staples Street
Suite 270
Corpus Christi, TX
78411
Phone: 361.994.5330

**Dallas**
4144 N. Central
Expressway
Suite 1050
Dallas, TX 75204
Phone: 214.234.1600

**Dallas**

**El Paso**

**Harlingen**

**Houston**

3030 Lyndon B
Johnson Freeway
Suite 800
Dallas, TX 75234
Phone: 469.501.6000

7500 Viscount
Boulevard
Suite C66
El Paso, TX 79925
Phone: 915.771.8530

1816 E. Harrison
Suite D
Harlingen, TX 78550
Phone: 956.734.2252

11811 North Freeway
Suite 810
Houston, TX 77060
Phone: 832.786.3911

**Houston**
2424 Wilcrest
Suite 200
Houston, TX 77042
Phone: 713.939.4200

**Kemah**
1150 Fuqua
Suite 150
Houston, TX 77034
Phone: 281.334.2300

**Laredo**
Aurora Office Building,
9901 McPherson
Suite 103
Laredo, TX 78045
Phone: 956.734.2252

**Lubbock**
3417 73rd Street
Suite J
Lubbock, TX 79424
Phone: 806.368.8872

**Midland**
1310 W. Wall Street
Suite C
Midland, TX 79710
Phone: 432.685.3235

**Richardson**
Allied Universal
Monitoring and
Response Center
(MaRC)
701 Presidential Drive
Richardson, TX 75081
Phone: 972.331.6920

**San Antonio**
3355 Cherry Ridge
Suite 200
San Antonio, TX
78230
Phone: 210.349.6321

**Texas City**
4345 Phelan Blvd.
Suite 102
Beaumont, TX 77704
Phone: 409.842.4295

**The Woodlands**
1776 Woodstead
Court
Suite 224
The Woodlands, TX
77380
Phone: 832.786.3911

Back to top

# UTAH

**Salt Lake City**
5215 Wiley Post Way
Suite 120

Salt Lake City, UT

84116

Phone: 801.364.0738

Back to top

# VIRGINIA

**Alexandria**
2034 Eisenhower
Avenue
Suite 140
Alexandria, VA 22314
Phone: 703.998.5740

**Chantilly**
4443 Brookfield
Corporate Drive
Suite 202
Chantilly, VA 20151
Phone: 540.422.2977

**Chesapeake**
2010 Old Greenbrier
Rd
Suite B
Chesapeake, VA
23320
Phone: 757.686.0226

**Richmond**
9030 Stony Point
Parkway
Suite 470
Richmond, VA 23235
Phone: 804.560.0162

**Roanoke**
4358 Starkey Road
Suite A
Roanoke, VA 24018
Phone: 540.344.0631

Back to top

# WASHINGTON

**Seattle**
801 S. Fidalgo Street
2nd floor
Seattle, WA 98108
Phone: 206.448.4040

**Seattle**
Allied Universal Event
Services (Event
Staffing Only)
800 Occidental
Avenue South

**Spokane**
Allied Universal
1522 N. Washington
Street
Spokane, WA 99201
Phone: 509.326.4040

**Spokane**
Allied Universal Event
Services (Event
Staffing Only)
1522 N. Washington
Street
Spokane, WA 99201

**Tacoma**
Allied Universal Event
Services (Event
Staffing Only)
2727 East D Street
Tacoma, WA 98421
Phone: 253.274.8320

**Yakima**
8 South First Avenue
Suite D
Yakima, WA 98902
Phone: 509.520.3052

Phone: 206.381.7567

Phone: 509.844.1359

Back to top

## WEST VIRGINIA

**Charleston**
110 Capitol Street
Charleston, WV 25301
Phone: 681.265.9350

**Martinsburg**
5550 Winchester Ave.
Suite 8
Martinsburg, WV
25405
Phone: 304.263.7129

Back to top

## WISCONSIN

**Milwaukee**
111 East Kilbourn
Avenue
Suite 1875
Milwaukee, WI 53202
Phone: 414.225.0371

**Oshkosh**
1018 W. South Park
Avenue
Oshkosh, WI 54902
Phone: 920.233.0042

**Racine**
1127 Prairie Drive
Suite 700
Racine, WI 53406
Phone: 262.884.4876

Back to top

## WYOMING

Allied Universal Office Locator - N. America - U.S. & Canada                    Page 26 of 29

**Cheyenne**

1111 E. Lincolnway

Suite 106

Cheyenne, WY 82001

Phone: 866.825.5433

**Gillette**

801 East Fourth Street

Suite 10

Gillette, WY 82716

Phone: 307.682.0272

<u>Back to top</u>

# CANADA

**Calgary**

602 11th Avenue SW

Suite 312

Calgary, AB T2R 1J8

Phone: 403.264.3733

**Halifax**

3600 Kempt Rd

Suite 208

Halifax, NS B3K 4X8

Phone: 902.454.2070

**Montreal**

6300 Avenue Auteuil

Suite 430

Brossard, QC J4Z 3P2

Phone: 450.656.7070

**Toronto**

56 Aberfoyle Crescent

Suite 610

Toronto, ON M8X 2W4

Phone: 416.236.4255

**Vancouver**

627 Columbia Street

Suite 200A

New Westminster, BC

V3M 1A7

Phone: 604.522.5550

**Vancouver**

300-1275 West 6th

Ave

Vancouver, V6H 1A6

Phone: 778.828.8050

**Waterloo**

610 McMurray Road

Unit 5

Waterloo, ON N2V

2E7

Phone: 519.342.0239

<u>Back to top</u>

# HONDURAS

**San Pedro Sula**

Boulevar del Sur 13

Ave. 22 - 24 Calle,

S.O.

Colonia Altamira

San Pedro Sula


<u>Back to top</u>


# MEXICO

---

**Mexico City**

Av. Ejercito Nacional

926

Col. Los Morales

Seccion Alameda C.P.

11510

Del. Miguel Hidalgo

Phone:

52.55.1500.0400                     <u>Back to top</u>

# NICARAGUA

---

**Andrews**

**International**

Jinotepe Carazo

Policia Nacional 2c.

1/2 al Sur Frente

Oficinas Tica Bus.


<u>Back to top</u>


# PUERTO RICO

---

**Guaynabo**              **Guaynabo**

Buchanan Office           Los Jardines Shopping

Center                    Center

Road 165 #40, Suite    Suite 5
101                    Guaynabo, PR 00969
Guaynabo, PR 00968     Phone: 787.625.3381
Phone: 787.749.0097

Back to top

## U.S. VIRGIN ISLANDS

**St. Croix**
118 Little Princess
Christiansted, VI
00820
Phone: 787.454.4627

Back to top

## UNITED KINGDOM

**London**                **London**
Unit B, Ascensis         63 St Mary Ave
Tower                    London, United
Battersea Reach          Kingdom EC3A 8AA
London, United           Phone: 0207.734.6151
Kingdom SW18 1AY
Phone: 0207.734.6151

Back to top

Contact Us (/contact-us)

Call Us (/contact-us)

Find a Job (https://jobs.aus.com/)

About Us (/about-us)    News/Media (/news-media)    Offices (/offices)
Security Resources (/security-resources)    Careers (https://jobs.aus.com/)
Supplier Diversity (/about-us/supplier-diversity)    Contact Us (/contact-us)
Privacy Policy (/privacy-policy)    Site Map (https://www.aus.com/sitemap)
Terms of Use (/terms-of-use)

Allied Universal UK (http://www.aus.uk.com)        Allied Universal Mexico
(http://www.ausecurity.mx)    Allied Universal Canada (http://www.ausecurity.ca)

(https://www.linkedin.com/company/allied-universal)

(https://www.youtube.com/channel/UCqiWfOvqHHDp2eUC7MF1xQg)

(https://www.facebook.com/AlliedUniversal/)    (https://twitter.com/AlliedUniversal?lang=en)

©2019 Allied Universal, State Licenses: 1003458, 14417, 1025514, 0600, 1863B, 58361, 295263, ACO 7130, AC440528, *Licensed in some jurisdictions as Universal and AlliedBarton.