```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/23/2021___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Akeya Griffith,

Plaintiff,

-against-

Universal Protection Service, LLC et al.,

Defendants.

**1:19-cv-06983 (RA) (SDA)**

**ORDER FOR**
**TELEPHONE CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Thursday, February 25, 2021, at 11:30 a.m. EST to discuss Plaintiff's February 16, 2021 Letter Motion. (ECF No. 42.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:      New York, New York
            February 23, 2021

_____
STEWART D. AARON
United States Magistrate Judge