# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:  (212) 465-1188
cklee@leelitigation.com

**Via ECF:**
The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2021
```

Re:  *Akeya Griffith et al v. Universal Protection Service, LLC, et al.*
Case No. 19-cv-06983 - RA

Dear Judge Abrams:

This firm represents Plaintiffs in the above-referenced matter.  We write, jointly with counsel for Defendants, to inform the Court that the parties have scheduled a mediation in this matter for June 24, 2021. Accordingly, and to help facilitate the mediation process, the parties respectfully request a stay until June 30, 2021 in the above-referenced action pending the completion of parties' scheduled settlement and mediation discussions.

On March 1, 2021, Plaintiff filed an amended pleading.  Defendants intend to file their opposition by March 30, 2021.  All other deadlines are requested to be adjourned pending a status update to the Court by June 30, 2021.

The parties thank the Court for its time on this matter.

Respectfully submitted,

*/s/ CK Lee*
CK Lee, Esq.

Request GRANTED. Defendants shall respond to Plaintiff's Second Amended Complaint by March 30, 2021; all other pending deadlines are adjourned *sine die*. The parties are directed to appear for a telephone conference on Wednesday, June 30, 2021, at 2:00 p.m. EST to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. The conference will be canceled if the Court is informed that the case has settled. SO ORDERED.
Dated: March 25, 2021