UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AKEYA GRIFFITH, *et al.*,

                Plaintiffs,

v.

UNIVERSAL PROTECTION SERVICE, LLC, *et al.*,

                Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-1-21

19-CV-6983 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 23, 2021, Defendants filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). Dkt. 49. On March 2, 2021, Plaintiffs filed a second amended complaint. Dkt. 51. On March 30, 2021, Defendants filed a new motion for judgment on the pleadings. Dkt. 61. Defendants' initial motion is thus moot, and accordingly will be dismissed.

The Clerk of Court is respectfully directed to terminate the motion pending at Docket Entry 49.

SO ORDERED.

Dated:    April 1, 2021
             New York, New York

RONNIE ABRAMS
United States District Judge