UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

AKEYA GRIFFITH, *on behalf of herself and the Class*, SHIRLEY GEORGE, D'MARCO ANDERSON, and GINA EGGLESTON,

        Plaintiffs,

v.

UNIVERSAL PROTECTION SERVICES, LLC, ALLIED UNIVERSAL SECURITY SERVICES *doing business as* ALLIED UNIVERSAL, and IJERMAINE JONES,

        Defendants.

19-CV-6983 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of Judge Aaron's order staying this action pending mediation, *see* Dkt. 60, the post-discovery conference currently scheduled for May 10, 2021, *see* Dkt. 41, is hereby adjourned sine die.

SO ORDERED.

Dated:    April 30, 2021
           New York, New York

                                    RONNIE ABRAMS
                                    United States District Judge