

**Evan S. Weiss**
**Attorney at Law**
(404) 909-8100
eweiss@martensonlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2021
```

June 25, 2021

<u>Via ECF</u>
The Hon. Stewart D. Aaron
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Akeya Griffith v. Universal Protection Service, LLC, et al.*
            Civil Case No. 1:19-cv-6983-RA

Judge Aaron:

    This law firm represents Universal Protection Service, LLC d/b/a Allied Universal Security Services ("Allied Universal") in the above-captioned matter. This matter is currently scheduled for a status conference June 30. [Doc. 60.] In order to facilitate a more fulsome exchange of information, and based on the mediator's and parties' schedules, the parties have rescheduled the mediation in this case for August 5, 2021. Accordingly, the parties respectfully request that the June 30 conference be continued until a date after August 5 at the Court's convenience.

                                          Sincerely,

                                          **MARTENSON, HASBROUCK & SIMON, LLP**

                                          Evan S. Weiss

Request GRANTED. The status conference currently scheduled for June 30 is adjourned until August 18, 2021 at 2 p.m. The parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. The conference will be canceled if the Court is informed that the case has settled. SO ORDERED.
Dated: 6/26/2021