# LEE LITIGATION GROUP

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2021
```

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

August 16, 2021

**Via ECF**
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Application GRANTED. The status conference currently scheduled for August 18, 2021 is adjourned until Thursday, September 2, 2021 at 2:00 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. SO ORDERED.
> Dated: August 16, 2021

Re:   *Griffith v. Universal Protection Service, LLC et al*
<u>Case No. 19-cv-06983</u>

Dear Judge Aaron:

      We are counsel to Plaintiffs and submit this letter jointly with Defendants. This matter is currently scheduled for a status conference August 18, 2021 (Dkt. 65). On August 5, 2021, the parties attended a mediation with Martin Scheinman, Esq., and are continuing settlement discussions. The parties respectfully request a two-week extension to allow further discussions. Accordingly, the parties respectfully request that the August 18, 2021 be adjourned to a later date in September, 2021, at the Court's convenience.

      This is the parties' second request for an adjournment. The parties previously requested that this status conference be adjourned from June 30, 2021 to a date after August 5 at the Court's convenience (Dkt. 64), which was granted on June 26, 2021 (Dkt. 65).

      The parties thank the Court for its time on this matter.

Respectfully submitted,

<u>/s/ C.K. Lee</u>
C.K. Lee, Esq.