

**Evan S. Weiss**
**Attorney at Law**
(404) 909-8100
eweiss@martensonlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021
```

August 31, 2021

<u>Via ECF</u>
The Hon. Stewart D. Aaron
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Akeya Griffith v. Universal Protection Service, LLC, et al.*
             Civil Case No. 1:19-cv-6983-RA

Judge Aaron:

      This law firm represents Universal Protection Service, LLC d/b/a Allied Universal Security Services ("Allied Universal") in the above-captioned matter, and we write jointly with Plaintiffs. As the Court is aware, the parties engaged in a mediation on August 5, 2021. On August 16, the parties requested an adjournment of a previously scheduled for a conference with the Court to permit the parties to continue settlement discussions. [Doc. 66.] The Court granted that request, rescheduling the conference for September 2, 2021. [Doc. 67.]

      The parties have diligently and fruitfully continued settlement discussions since August 16 and continue to do so. The parties jointly request an additional adjournment to a date at the court's convenience later in September to permit to the parties to continue settlement discussions. This is the parties' third request for an adjournment of this conference. In addition to the above-described adjournment, the parties previously requested an adjournment to accommodate scheduling of the mediation. That request was granted on June 26, 2021. [Doc. 65.] The parties jointly propose any time before noon on September 23 or on September 24 for a rescheduled conference.

                              Sincerely,

                              **MARTENSON, HASBROUCK & SIMON LLP**

                              Evan S. Weiss

Request GRANTED. The status conference currently scheduled for September 2, 2021 is hereby adjourned to Thursday, September 23, 2021 at 11 a.m. SO ORDERED.
Dated: September 1, 2021