**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AKEYA GRIFFITH, D'MARCO ANDERSON,
GINA EGGLESTON, SHIRLEY GEORGE,
*on behalf of themselves, FLSA Collective Plaintiffs
and the Class*,

        Plaintiffs,    Case No.: 19-CV-06983 (RA)

                                 **RULE 68 JUDGMENT**

      -against-

UNIVERSAL PROTECTION SERVICE, LLC,
ALLIED UNIVERSAL SECURITY SERVICES
d/b/a ALLIED UNIVERSAL, and
JERMAINE JONES,

        Defendants.

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Universal Protection Service, LLC d/b/a Allied Universal Security Services ("Defendant"), having offered to allow Plaintiffs to take a judgment against it, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated September 21, 2021 and filed as Exhibit A to Docket No. 70;

      **WHEREAS**, on September 22, 2021, Plaintiffs' counsel having confirmed the acceptance of Plaintiffs AKEYA GRIFFITH, D'MARCO ANDERSON, GINA EGGLESTON and SHIRLEY GEORGE with Defendant's Offer of Judgment (Docket No. 70);

      It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiffs as follows: AKEYA GRIFFITH in the amount of $15,000.00, SHIRLEY GEORGE in the amount of $5,000.00, GINA EGGLESTON in the amount of $5,000.00 and D'MARCO ANDERSON in

the amount of $5,000.00, inclusive of attorneys' fees and costs, with respect to Plaintiffs' individual claims, for a total sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendant's Rule 68 Offer dated September 21, 2021 and filed as Exhibit A to Docket No. 70.

Dated: New York, New York

       September 24, 2021

_____, U.S.D.J.